| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: WESTERN DISTRICT OF NORTH CAROLINA | |
| Case number *(if known)* _____  Chapter **11** | ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**   Avivar Hospitality, LLC

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)   47-3331806

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 5720 Creedmoor Road<br>Suite 205<br>Raleigh, NC 27612<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Wake<br>County | **Location of principal assets, if different from principal place of business**<br>9110 Harris Corners Parkway Charlotte, NC 28269<br>Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)   _____

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor **Avivar Hospitality, LLC**  
Name

Case number (*if known*) _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

District _____ When _____ Case number _____

District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

Debtor _____ Relationship _____

District _____ When _____ Case number, if known _____

Debtor **Avivar Hospitality, LLC**     Case number (*if known*) _____
Name

| | | |
|---|---|---|
| **11.** | **Why is the case filed in *this district?*** | *Check all that apply:*<br>■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☐ No<br>■ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>   What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>■ Other    **Food inventory**<br><br>**Where is the property?**    **9110 Harris Corners Parkway**<br>                           **Charlotte, NC, 28269-0000**<br>                           Number, Street, City, State & ZIP Code<br><br>**Is the property insured?**<br>■ No<br>☐ Yes.   Insurance agency _____<br>         Contact name _____<br>         Phone _____ |

■ **Statistical and administrative information**

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds** | . *Check one:*<br>■ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |
| **14.** | **Estimated number of creditors** | ■ 1-49         ☐ 1,000-5,000        ☐ 25,001-50,000<br>☐ 50-99        ☐ 5001-10,000       ☐ 50,001-100,000<br>☐ 100-199     ☐ 10,001-25,000    ☐ More than 100,000<br>☐ 200-999 |
| **15.** | **Estimated Assets** | ☐ $0 - $50,000             ☐ $1,000,001 - $10 million     ☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000      ■ $10,000,001 - $50 million   ☐ $1,000,000,001 - $10 billion<br>☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million   ☐ $10,000,000,001 - $50 billion<br>☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million   ☐ More than $50 billion |
| **16.** | **Estimated liabilities** | ☐ $0 - $50,000             ☐ $1,000,001 - $10 million     ☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000      ■ $10,000,001 - $50 million   ☐ $1,000,000,001 - $10 billion<br>☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million   ☐ $10,000,000,001 - $50 billion<br>☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million   ☐ More than $50 billion |

Debtor **Avivar Hospitality, LLC**
Name

Case number (*if known*)

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 27, 2020**
MM / DD / YYYY

X **/s/ Anuj Mittal**
Signature of authorized representative of debtor

**Anuj Mittal**
Printed name

Title    **Manager of Lotus Holdings, LLC**

**18. Signature of attorney**

X **/s/ Richard S. Wright**
Signature of attorney for debtor

Date **August 27, 2020**
MM / DD / YYYY

**Richard S. Wright 24622**
Printed name

**Moon Wright & Houston, PLLC**
Firm name

**121 West Trade Street**
**Suite 1950**
**Charlotte, NC 28202**
Number, Street, City, State & ZIP Code

Contact phone    **704-944-6560**    Email address    **rwright@mwhattorneys.com**

**24622 NC**
Bar number and State

## CORPORATE RESOLUTION

Lotus Holdings LLC, being the sole member of Avivar Hospitality, LLC, a North Carolina limited liability company (the "Company") having a corporate headquarters located at 5720 Creedmoor Road, Suite 205, Raleigh, North Carolina 27612, does hereby adopt the following resolutions by signing below to consent to action without holding a formal meeting of the members of the Company:

RESOLVED, that the filing by the Company of a petition for relief under chapter 11 of title 11, United States Code (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Western District of North Carolina is approved; and it is

FURTHER RESOLVED, that the manager(s) of the Company is/are authorized, empowered, and directed to execute on behalf of the Company a petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Western District of North Carolina, and any affidavits, forms, schedules, applications or any other pleadings or documents which are necessary or appropriate, including debtor-in-possession financing arrangements; and it is

FURTHER RESOLVED, that the retention on behalf of the Company of the law firm of Moon Wright & Houston, PLLC, upon such terms and conditions as the manager(s) of the Company shall approve, to render legal services to, and to represent the Company in connection with such chapter 11 proceeding and other related matters in connection therewith, is authorized and approved; and it is

FURTHER RESOLVED, that the manager(s) of the Company is/are authorized to retain on behalf of the Company such other professionals as the manager(s) of the Company deem necessary or appropriate, upon such terms and conditions as the manager(s) of the Company shall approve, to render services to the Company in connection with such chapter 11 proceedings and with respect to other related matters in connection therewith; and it is

FURTHER RESOLVED, that the manager(s) of the Company is/are authorized, empowered, and directed to take any and all further action and to execute and deliver any and all such further instruments and documents and to pay all such expenses (subject to Bankruptcy Court approval), where necessary or appropriate in order to carry out fully the intent and to accomplish the purposes of the resolutions adopted herein; and it is

FURTHER RESOLVED, that all actions taken by the manager(s) of the Company prior to the date hereof in connection with the reorganization of the Company or any matter related thereto, or by virtue of these resolutions, are hereby in all respects ratified, confirmed, and approved.

[Signature Page Follows]

MWH: 10684.001; 00023240.1

Dated: Charlotte, North Carolina
August 24, 2020

**LOTUS HOLDINGS LLC,**
a North Carolina limited liability company,

By: _____
Anuj N. Mittal
Manager

By: _____
Tony T. Zhang
Manager

**Fill in this information to identify the case:**

Debtor name     **Avivar Hospitality, LLC**

United States Bankruptcy Court for the:     WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 27, 2020**     **X /s/ Anuj Mittal**
                                                                  Signature of individual signing on behalf of debtor

                                                                  **Anuj Mittal**
                                                                  Printed name

                                                                  **Manager of Lotus Holdings, LLC**
                                                                  Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: **Avivar Hospitality, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF NORTH CAROLINA**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Hotel Register Company PO Box 7206720 Dallas, TX 75320 | | | | | | $1,120.67 |
| City of Charlotte Water/Sewer Billing Center PO Box 1316 Charlotte, NC 28201-1316 | | | | | | $2,935.01 |
| Duke Energy PO Box 70516 Charlotte, NC 28272-0561 | | | | | | $9,719.57 |
| Duke Energy PO Box 70516 Charlotte, NC 28272-0561 | | | | | | $1,542.86 |
| Four Winds Interactive Dept CH 19997 Palatine, IL 60055-9997 | | | | | | $99.00 |
| George Barbour & Associates, PLLC 6622 Gordon Rd Suite B Wilmington, NC 28411 | | | | | | $15,630.00 |
| Marriott Select Brands (East) 10400 Fernwood Road Dept. No. 51.514.01 Bethesda, MD 20817 | | | | | | $0.00 |

Debtor **Avivar Hospitality, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Mid-America Telephone Systems, Inc.** 618 Cepi Dr. Suite A Chesterfield, MO 63005 | | | | | | $448.06 |
| **Midas Hospitality, LLC** 1804 Borman Circle Drive Suite 100 Saint Louis, MO 63146 | | | **Contingent Unliquidated** | | | $0.00 |
| **Morningstar Law Group** 421 Fayetteville Street Suite 530 Raleigh, NC 27601 | | | **Disputed** | | | $37,884.52 |
| **Nexsen Pruet, LLC** PO Box 2426 Columbia, SC 29202 | | | | | | $440.00 |
| **Office Depot, Inc.** PO Box 1413 Charlotte, NC 28201-1413 | | | | | | $406.18 |
| **Ricoh USA, Inc.** PO Box 827577 Philadelphia, PA 19182-7577 | | | | | | $73.71 |
| **Southern Comfort Zone** 10819 Jordan Rae Lane Charlotte, NC 28277 | | | | | | $318.53 |
| **The Wasserstrom Company** PO Box 182056 Columbus, OH 43218-2056 | | | | | | $440.87 |
| **ViacomCBS Law Department** 51 West 52 Street c/o Andrew K. Nieh, VP New York, NY 10019 | | | **Contingent Unliquidated Disputed** | | | $0.00 |
| **Weatherspoon & Voltz LLP** 3700 Glenwood Ave Suite 250 Raleigh, NC 27612 | | | | | | $162.50 |

Debtor **Avivar Hospitality, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Young Moore and Henderson, P.A.**<br>**PO Box 31627**<br>**Raleigh, NC 27622** | | | | | | $413.34 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 3

# United States Bankruptcy Court
## Western District of North Carolina

In re: **Avivar Hospitality, LLC**
Debtor(s)

Case No.
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Lotus Holdings, LLC**<br>5720 Creedmoor Road #205<br>Raleigh, NC 27612 | | 100% | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager of Lotus Holdings, LLC** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **August 27, 2020**

Signature **/s/ Anuj Mittal**
**Anuj Mittal**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Western District of North Carolina

In re: **Avivar Hospitality, LLC**
Debtor(s)

Case No.
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of Lotus Holdings, LLC of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **August 27, 2020**

**/s/ Anuj Mittal**
**Anuj Mittal/Manager of Lotus Holdings, LLC**
Signer/Title

Access Point Financial, LLC
1 Ravinia Drive
Suite 900
Atlanta, GA 30346


Amadeus Hospitality Americas
75 New Hampshire Avenue, Suite 300
Portsmouth, NH 03801


American Hotel Register Company
PO Box 7206720
Dallas, TX 75320


American Lending Center
1 World Trade Center
#1130
Long Beach, CA 90831


Anuj and Vinita Mittal
c/o John Paul H. Cournoyer
Northen Blue, LLP
1414 Raleigh Road, Suite 435
Chapel Hill, NC 27517


City of Charlotte Water/Sewer
Billing Center
PO Box 1316
Charlotte, NC 28201-1316


Duke Energy
PO Box 70516
Charlotte, NC 28272-0561


Ecolab, Inc.
370 Wabasha Street North
Saint Paul, MN 55102


Edwards Electronic Systems, Inc.
PO Box 39
Clayton, NC 27528


Enseo
1680 Prospect Drive, Suite 100
Richardson, TX 75081

Four Winds Interactive
Dept CH 19997
Palatine, IL 60055-9997


George Barbour & Associates, PLLC
6622 Gordon Rd
Suite B
Wilmington, NC 28411


Live Oak Bank
1741 Tiburon Drive
Wilmington, NC 28403


Lotus Holdings, LLC
c/o Anuj Mittall
5720 Creedmoor Road, Suite 205
Raleigh, NC 27612


Marriott International, Inc.
10400 Fernwood Road
Attn: Law Dept. 52/923.27
Bethesda, MD 20817


Marriott Select Brands (East)
10400 Fernwood Road
Dept. No. 51.514.01
Bethesda, MD 20817


Mecklenburg County Tax Collector
PO Box 31457
Charlotte, NC 28231-1457


Mid-America Telephone Systems
618 Cepi Drive, Suite A
Chesterfield, MO 63005


Mid-America Telephone Systems, Inc.
618 Cepi Dr.
Suite A
Chesterfield, MO 63005


Midas Hospitality, LLC
1804 Borman Circle Drive
Suite 100
Saint Louis, MO 63146

MJM Group Managers, Inc.
5720 Creedmoor Road, Suite 205
Raleigh, NC 27612


Morningstar Law Group
421 Fayetteville Street
Suite 530
Raleigh, NC 27601


Nexsen Pruet, LLC
PO Box 2426
Columbia, SC 29202


Office Depot, Inc.
PO Box 1413
Charlotte, NC 28201-1413


Oracle America, Inc.
500 Oracle Parkway
Redwood City, CA 94065


Otis Elevator Company
9625-G Southern Pine Boulevard
Charlotte, NC 28273


QC Vantage Investment Partners, LLC
2101 Queens Road West
Charlotte, NC 28207


Quore Systems, LLC
2000 Meridian Boulevard, Suite 200
Franklin, TN 37067


Ricoh USA, Inc.
PO Box 827577
Philadelphia, PA 19182-7577


Ruppert Landscape, Inc.
23601 Laytonsville Road
Gaithersburg, MD 20882


Southern Comfort Zone
10819 Jordan Rae Lane
Charlotte, NC 28277

Spectrum
1813 Spring Garden Street
Greensboro, NC 27403


Sterling Holdings, LLC
15615 53rd Ave  N.
Plymouth, MN 55446


The Wasserstrom Company
PO Box 182056
Columbus, OH 43218-2056


TravelClick, Inc.
300 N. Martingale, Suite 650
Schaumburg, IL 60173


ViacomCBS Law Department
51 West 52 Street
c/o Andrew K. Nieh, VP
New York, NY 10019


Weatherspoon & Voltz LLP
3700 Glenwood Ave
Suite 250
Raleigh, NC 27612


Wells Fargo Vendor Financial Services
PO Box 740540
Atlanta, GA 30374-0540


William L. Esser
Parker Poe Adams & Bernstein
620 South Tryon Street, Suite 800
Charlotte, NC 28202


Young Moore and Henderson, P.A.
PO Box 31627
Raleigh, NC 27622

# United States Bankruptcy Court
## Western District of North Carolina

In re  **Avivar Hospitality, LLC**  
Debtor(s)

Case No.  
Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Avivar Hospitality, LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Lotus Holdings, LLC**  
**5720 Creedmoor Road #205**  
**Raleigh, NC 27612**

☐ None [*Check if applicable*]

**August 27, 2020**  
Date

**/s/ Richard S. Wright**  
**Richard S. Wright 24622**  
Signature of Attorney or Litigant  
Counsel for  **Avivar Hospitality, LLC**  
**Moon Wright & Houston, PLLC**  
**121 West Trade Street**  
**Suite 1950**  
**Charlotte, NC 28202**  
**704-944-6560 Fax:704-944-0380**  
**rwright@mwhattorneys.com**