**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

**IN RE:**

**AVIVAR HOSPITALITY, LLC,**          **CASE NO. 20-30789**
                                      **CHAPTER 11**
          **DEBTOR.**

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND PAPERS**

**PLEASE TAKE NOTICE** that American Lending Center, LLC, formerly US Employment Development Lending Center ("ALC"), by its undersigned counsel, Nelson Mullins Riley & Scarborough LLP ("Nelson Mullins"), files this Notice of Appearance and Request for Notices and Papers pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure. ALC and Nelson Mullins request, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and Section 342 of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this bankruptcy case be given and served on ALC by serving:

Terri L. Gardner, Esquire
Nelson Mullins Riley & Scarborough LLP
GlenLake One, Suite 200
4140 Parklake Avenue
Raleigh, North Carolina 27612
Telephone: (919) 329-3882
Telecopy: (919) 329-3799
E-Mail: terri.gardner@nelsonmullins.com

Please take further notice that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, messenger delivery, telephone, facsimile, telegraph, telex or otherwise filed or made with regard to the referenced case and proceedings herein.

This Notice of Appearance and Request for Notices and Papers shall not be deemed or construed to be a waiver of the rights of ALC (i) to have final orders in noncore matters entered only after de novo review by a district judge, (ii) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) to assert or exercise any other rights, claims, actions, setoffs, or recoupments to which ALC has or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated:  October 2, 2020

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

*/s/ Terri L. Gardner*
Terri L. Gardner
N.C. State Bar No. 9809
4140 Parklake Avenue
GlenLake One, Suite 200
Raleigh, North Carolina 27612
Telephone: (919) 329-3882
Facsimile: (919) 329-3799
Email: terri.gardner@nelsonmullins.com

*Counsel for American Lending Center, LLC, formerly US Employment Development Lending Center*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

**IN RE:**

| | |
|---|---|
| **AVIVAR HOSPITALITY, LLC,** | **CASE NO. 20-30789** |
| | **CHAPTER 11** |
|     **DEBTOR.** | |

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that the foregoing **NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND PAPERS** has been filed electronically in accordance with the Local Rules and was therefore served electronically on those entities that have properly registered for such electronic service, including the following:

**VIA CM/ECF:**

Shelley K. Abel
Bankruptcy Administrator
402 West Trade Street, Suite 200
Charlotte, NC 28202

U.S. Trustee
U.S. Bankruptcy Administrator Office
402 W. Trade Street, Suite 200
Charlotte, NC 28202-1669

Caleb Brown
Richard S. Wright
Moon Wright Houston PLLC
121 West Trade Street, Suite 1950
Charlotte, NC 28202

John Paul H. Cournoyer
Northen Blue LLP
1414 Raleigh Road, Suite 435
Chapel Hill, NC 27517
*Counsel for Anuj and Vinita Mittal*

**VIA U.S. MAIL:**

Avivar Hospitality, LLC
5720 Creedmoor Road, Suite 205
Raleigh, NC 27612

    Dated:  October 2, 2020

                    /s/ Terri L. Gardner
                    Terri L. Gardner