# Exhibit A

# Moon, Wright & Houston, PLLC
121 West Trade Street Suite 1950
Charlotte, NC 28202

Ph:704-944-6560    Fax:704-944-0380

March 1, 2022

Avivar Hospitality, LLC
104 Green Park Lane
Cary, NC  27518-9769

|  | Client number | 10684 |
|---|---|---|
|  | Inv #: | 7084 |

**Attention:**   Anuj N. Mittal

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Feb-01-22 | Work on unsecured payment motion (2.0); related research (.5); email with client re same (.1); call with Sterling counsel re same (.2). | 2.80 | 1,610.00 | RSW |
|  | Electronically file COS re Fee Order. | 0.10 | 18.50 | SLM |
| Feb-02-22 | Continued work on unsecured payment motion (1.7); review and comment on related notice of hearing (.1). | 1.80 | 1,035.00 | RSW |
|  | Draft Notice of Hearing re Motion to Pay Claims (.1); electronically file same (.1). | 0.20 | 37.00 | SLM |
| Feb-03-22 | Emails from Midas re trailing expense invoices (.1). | 0.10 | 57.50 | RSW |
|  | Electronically file Certificate of Service. | 0.10 | 18.50 | SLM |
| Feb-04-22 | Email from Mittal counsel re unsecured creditor payment motion and trailing expenses (.1). | 0.10 | 57.50 | RSW |
| Feb-07-22 | Emails with A. Rusher and client re subpoena dispute (.2); call with Mittal counsel re same (.4); calls with Sterling counsel re claims issues (.5); emails from Midas re trailing expenses (.2); review monthly financials (.2); related email to N. Volpe and FA (.1). | 1.60 | 920.00 | RSW |
| Feb-08-22 | Email with Mittal counsel re trailing expenses (.1); call with N. Volpe re monthly reports (.2). | 0.30 | 172.50 | RSW |
|  | Draft and electronically file Fee Application. | 0.30 | 55.50 | SLM |

| | | | | |
|---|---|---|---|---|
| Feb-09-22 | Work on trailing expense objections (1.3). | 1.30 | 747.50 | RSW |
| | Electronically file Certificate of Service re MWH Fee Application. | 0.10 | 18.50 | SLM |
| Feb-10-22 | Work on trailing expense objections (4.0). | 4.00 | 2,300.00 | RSW |
| Feb-11-22 | Continued work on trailing expense objections (3.2); email to Midas re missing invoices (.1); prepare objection summary for client (.2); related email (.1); call with FA re related analysis (.2); emails to FA re same (.1); email with Sterling counsel re APF payment motion (.1). | 4.00 | 2,300.00 | RSW |
| Feb-13-22 | Prepare notices and certificates of service for trailing expense objections (1.0); review and edit related objections (1.0). | 2.00 | 1,150.00 | RSW |
| Feb-14-22 | Finalize expense objections for filing (.3); emails with client representative re same (.2); calls with FA re review of same (.5); related emails (.1); review monthly report (.2); email to AM re same (.1); call with Sterling counsel re APF payment motion (.1); review filed objections (.1); emails with Marriott counsel re trailing expense objection (.1). | 1.70 | 977.50 | RSW |
| | Electronically filed ten objections to trailing expenses; served documents (1.0) | 1.00 | 150.00 | AM |
| Feb-15-22 | Email from FA re trailing expense issue (.1); followup call with FA (.2); review related documentation and forward to FA (.2). | 0.50 | 287.50 | RSW |
| Feb-16-22 | Email with Midas re trailing expenses (.1); call with U.S. Foods re bills (.2). | 0.30 | 172.50 | RSW |
| | Prepared certificate of service; electronically filed status report and certificate; served documents (.30) | 0.30 | 45.00 | AM |
| Feb-17-22 | Call with Sterling counsel re APF payment motion (.2); related emails with Court and counsel for Sterling and APF (.1); calls with FA re trailing expense issues (.3). | 0.60 | 345.00 | RSW |
| | Served fee application (.20) | 0.20 | 30.00 | AM |
| | Draft Notice and COS re GreerWalker Fee Application, electronically file same. | 0.30 | 55.50 | SLM |
| Feb-18-22 | Email with Midas re trailing expense objection | 0.60 | 345.00 | RSW |

|  |  |  |  |  |
|---|---|---|---|---|
|  | (.2); call with FA re same (.2); email with APF and Sterling counsel re withdrawal of payment motion (.2). |  |  |  |
| Feb-21-22 | Email with chambers re withdrawal of motion (.1); prepare and file notice of withdrawal (.3). | 0.40 | 230.00 | RSW |
| Feb-22-22 | Email with Mittal counsel re case status and motions (.2). | 0.20 | 115.00 | RSW |
|  | Draft Quarterly Fee Statement. | 0.10 | 18.50 | SLM |
|  | Totals | 25.00 | $13,269.50 |  |

## TIME SUMMARY

|  |  | Rate | Hours | Amount |
|---|---|---|---|---|
| Richard S. Wright | RSW | $575.00 | 22.30 | $12,822.50 |
| Amy Murray | AM | $150.00 | 1.50 | $225.00 |
| Shannon L. Myers | SLM | $185.00 | 1.20 | $222.00 |

**DISBURSEMENTS**

| | | |
|---|---|---|
| Feb-10-22 | Stretto Printing and Service | 15.36 |
|  | Stretto Printing and Service | 279.51 |
|  | Stretto Printing and Service | 17.43 |
| Feb-14-22 | Postage | 8.48 |
| Feb-16-22 | Postage | 32.76 |
| Feb-17-22 | Postage | 11.13 |
|  | Totals | $364.67 |

| | |
|---|---|
| **Total Fee & Disbursements** | $13,634.17 |
| Previous Balance | 10,684.21 |
| **Balance Now Due** | **$24,318.38** |

We appreciate the opportunity to serve you. Payment is due upon receipt.